CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 2 6 2012

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION
JULY 2012 SESSION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | ~~SEALED~~ INDICTMENT *(Not Sealed per AUSA Bassord)* |
| ) | |
| v. ) | Criminal No. 7:12 cr 57 |
| ) | |
| DEMARCUS MANDELL BROWN ) | In violation of: |
| ) | |
| ) | Title 21, U.S.C. §841(a)(1) |
| ) | Title 18, U.S.C. § 924(c) |
| | Title 18, U.S.C. § 922(g)(1) |

## COUNT ONE

The Grand Jury charges

1. That on or about June 16, 2012, in the Western Judicial District of Virginia, the defendant, DEMARCUS MANDELL BROWN, knowingly and willfully distributed a measurable quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT TWO

The Grand Jury charges

1. That on or about June 21, 2012, in the Western Judicial District of Virginia, the defendant, DEMARCUS MANDELL BROWN, knowingly and willfully distributed a measurable quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2012R00457

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT THREE

The Grand Jury charges

1. That on or about June 27, 2012, in the Western Judicial District of Virginia, the defendant, DEMARCUS MANDELL BROWN, knowingly and willfully distributed a measurable quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FOUR

The Grand Jury charges

1. That on or about June 27, 2012, at a time and place different from that of Count Three, in the Western Judicial District of Virginia, the defendant, DEMARCUS MANDELL BROWN, knowingly and willfully possessed with the intent to distribute a measurable quantity of a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance.

2. All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT FIVE

The Grand Jury charges:

1. That on or about June 27, 2012, in the Western Judicial District of Virginia, the defendant, DEMARCUS MANDELL BROWN, knowingly used and carried a firearm during and in relation to, and possessed such firearm in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, as set forth in Count Four of this Indictment.

2. All in violation of Title 18, United States Code, Section 924(c).

## COUNT SIX

The Grand Jury charges:

1. That on or about June 27, 2012, in the Western Judicial District of Virginia, the defendant, DEMARCUS MANDELL BROWN, did knowingly possess a firearm which had previously been shipped or transported in interstate or foreign commerce, after he had previously been convicted of a crime punishable by more than one year imprisonment.

2. In violation of Title 18, United States Code Section 922(g)(1).

## FORFEITURE NOTICE

1. Upon conviction of one or more of the felony offenses alleged in this Indictment Defendant shall forfeit to the United States:

(a) any property constituting or derived from, any proceeds the defendant obtained, directly or indirectly as a result of a violation of 21 U.S.C. § 801 et seq., and /or any property that was used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation, pursuant to 21 U.S.C. § 853.

(b) any firearms and ammunition involved in the commission of a violation of 18 U.S.C. § 924(c), or possessed in violation thereof, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

(c) any firearm used or intended to be used to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances and/or raw materials, as described in 21 U.S.C. § 881(a)(1) & (2), and any proceeds traceable to such property, pursuant to 21 U.S.C. § 881(a)(11) and 28 U.S.C. § 2461(c).

2. The property to be forfeited to the United States **includes but is not limited to** the following property:

2012R00457                                      3

(a)   The following assets seized from defendant:

(1) Approximately $4,360 in United States currency
(2) One Smith & Wesson .38 caliber revolver, Model 37-2, serial #cff8904

3. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;
(b) has been transferred or sold to, or deposited with a third person;
(c) has been placed beyond the jurisdiction of the Court;
(d) has been substantially diminished in value; or
(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other

property of the defendant up to the value of the above-described forfeitable property.

A TRUE BILL this __26th__ day of July, 2012.

_____
TIMOTHY J. HEAPHY
UNITED STATES ATTORNEY

_____
FOREPERSON

2012R00457                                    4