CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 19 2012

JULIA C.DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Civil Action No. 7:12cr00057 |
| Plaintiff, | |
| | **ORDER** |
| v. | |
| DEMARCUS MANDELL BROWN, | By: Samuel G. Wilson |
| Defendant. | United States District Judge |

In accordance with the memorandum opinion entered this day, it is hereby **ORDERED** and **ADJUDGED** that defendant's motion to suppress is **DENIED**.

**ENTER:** December 19, 2012.

UNITED STATES DISTRICT JUDGE