CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 22 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal Action No. 7:12cr00057 |
| | ) | |
| v. | ) | |
| | ) | By: Michael F. Urbanski |
| DEMARCUS MANDELL BROWN, | ) | Chief United States District Judge |
| | ) | |
| Defendant. | ) | |

## ORDER

On July 24, 2017, the court granted Demarcus Mandell Brown's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255. Because the court concluded that Brown's guilty plea was not knowing and voluntary, the judgment in Brown's case is vacated and set aside. 28 U.S.C. § 2255(b). Brown is entitled to a new trial, and the Clerk is directed to set a date for the criminal trial. Id. (providing that the court "shall discharge the prisoner or resentence him or grant a new trial or correct the sentence as may appear appropriate" after granting a § 2255 motion).

Accordingly, it is **ORDERED** as follows:

1. The Clerk is **DIRECTED** to close Civil Action No. 7:15CV80854. All further action will occur in Brown's criminal case. To the extent that the government's Motion for a Status Conference, ECF No. 250, seeks this clarification, it is **GRANTED**.

2. The Clerk is **DIRECTED** to set this case for trial within the Speedy Trial Act limits. 18 U.S.C. § 3161.

3. Brown's Motion for Release From Custody, ECF No. 242, is **REFERRED** to Magistrate Judge Robert S. Ballou. 18 U.S.C. § 3142.

4. Pending discovery motions, ECF Nos. 240, 241 and 249, are construed as having been filed in this criminal case. As such, they are governed by the Federal Rules of Criminal Procedure. These criminal discovery motions are **REFERRED** to Magistrate Judge Robert S. Ballou. 28 U.S.C. § 636(b)(1)(A).

5. The Motion to Continue the August 23, 2017 hearing, ECF No. 250, likewise is **REFERRED** to Magistrate Judge Robert S. Ballou.

6. The previously scheduled September 20, 2017 hearing, set to address Lafler v. Cooper, 566 U.S. 156 (2012), and Missouri v. Frye, 566 U.S. 133 (2012), will proceed before the undersigned district court judge as scheduled.

It is so **ORDERED**.

Entered: 08-22-2017

/s/ Michael F. Urbanski

Michael F. Urbanski
Chief United States District Judge

2