IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 7:12-CR-00057 (MKU) |
| | ) | |
| DEMARCUS MANDELL BROWN | ) | |

### UNITED STATES' MOTION TO DISMISS INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48, the United States Attorney for the Western District of Virginia moves to dismiss with prejudice the Indictment against defendant Demarcus Mandell Brown, filed on July 26, 2012, in Roanoke, Virginia, charging the defendant with possession with intent to distribute a detectable amount of cocaine, possession of a firearm in furtherance of a drug trafficking case, and possession of a firearm by a prohibited person.

Counsel for the defendant does not oppose this motion.

WHEREFORE, the United States requests that the Indictment filed against the defendant in this district be dismissed with prejudice.

Respectfully submitted,

RICK A. MOUNTCASTLE
ACTING UNITED STATES ATTORNEY

Dated:  September 8, 2017          *s/Andrew Bassford*
R. ANDREW BASSFORD
Assistant United States Attorney
VSB #42584
United States Attorney's Office
P.O. Box 1709
Roanoke, VA 24008
TEL (540) 857-2250
Andrew.Bassford@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 8, 2017, I caused to be filed electronically the

United States' Motion to Dismiss Indictment with the Clerk of the Court using the

CM/ECF system, which will send notification of such filing to all counsel of record.

<u>*s/ Andrew Bassford*</u>
R. ANDREW BASSFORD
Assistant United States Attorney