CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

SEP 1 1 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | Criminal Case # 7:12-CR-00057 (MKU) |
| V. | ) | |
| | ) | |
| DEMARCUS MANDELL BROWN | ) | |

**ORDER**

It is hereby ORDERED that the government's motion for leave to dismiss with prejudice

is granted and it is ORDERED and DECREED that the Indictment against DEMARCUS

MANDELL BROWN is hereby DISMISSED with prejudice.

Entered this _____11_____ day of September, 2017.

/s/ Michael F. Urbanski
_____
UNITED STATES DISTRICT JUDGE